AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DONNIE LEE WYNN,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 121-162

BRIAN ADAMS, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 10, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the petition filed pursuant to 28 U.S.C. § 2254 is dismissed as untimely. The Court denies a Certificate of Appealability in this case. Petitioner is not entitled to appeal in forma pauperis, and this civil action stands closed.



| January 10, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cashell* |
| | (By) Deputy Clerk |

GAS Rev 10/2020